## H. C. FARMER v. COLUMBUS BUGGY COMPANY.[1]

### July 6, 1906.

### Nos. 14,806—(112).

Appeal by defendant from an order of the municipal court of Stillwater,. Doe, J., denying a motion for a new trial. Affirmed.

*A. F. Sweetser*, for appellant.

*F. V. Comfort*, for respondent.

PER CURIAM.

Action to recover the value of goods and merchandise sold to, and for work and labor performed for, defendant of the alleged value of $28. Plaintiff had. judgment in the court below, and defendant appealed from an order denying a new trial.

The assignments of error challenge certain rulings of the court on the admission and exclusion of evidence and its findings of fact. We have examined. them all, with the result that no reversible error is disclosed.

Order affirmed.